*S. H. Harris,* for Appellant.

---

William A. Kelly, Appellant, v. John N. Kelly, as Executor of the Last Will and Testament of Leonora K. Jackson, Deceased, Appellee.

An Appeal from the Circuit Court for the County of Duval.

Appeal dismissed on motion of counsel for Appellee.

*Doggett, Christie & Doggett,* for Appellant;

*R. L. Hutchinson* and *George C. Bedell,* for Appellee.

---

Samuel Ward, Appellant, v. The Town of Haines City, a municipal corporattion, Appellee.

An Appeal from the Circuit Court for the County of Polk.

Appeal dismissed on motion of counsel for Appellee.

*Samuel Ward, in pro per.,* for Appellant;

*R. B. Huffaker,* for Appellee.